**Dismissed and Memorandum Opinion filed September 11, 2012**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00476-CR

---

**JERMAINE WALLACE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 10
Harris County, Texas
Trial Court Cause No. 1825477**

---

## M E M O R A N D U M    O P I N I O N

A written request to withdraw the notice of appeal, personally signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.

Do Not Publish — Tex. R. App. P. 47.2(b).